# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Socorro Keenan,

          Plaintiff

v.

Eighth Judicial District Court, et al.,

          Defendants

Case No. 2:25-cv-001924-CDS-DJA

**Order Dismissing
and Closing Case**

The complaint in this action was filed on October 8, 2025. ECF No. 1. On January 7, 2026, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to the Eighth Judicial District Court and Leticia Acosta was filed by February 6, 2026, the court would enter an order of dismissal. ECF No. 3. The deadline has now passed, and no proof of service is filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is kindly instructed to close this case.

Dated: February 10, 2026

_____
Cristina D. Silva
United States District Judge